UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) GARY CEDERQUIST,<br>(2) CALVIN BUTNER,<br>(3) PERRY MENDES,<br>(4) JOEL ROGERS,<br>(5) SCOTT CAMARA, and<br>(6) ERIC MATHISON,<br><br>                  Defendants. | Case No. 24-cr-10024-IT |

## JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(c), the parties file this joint final status report in advance of the final status conference scheduled for July 11, 2024.

During a conference held on June 10, 2024, Judge Talwani scheduled a three-week trial to begin March 31, 2025, and excluded the time through March 31, 2025. There are zero days of non-excludable time.

The government has completed its production of automatic discovery. The defendants have not yet determined whether they will request additional discovery. The defendants expect to submit such requests, if any, by August 9, 2024.

The defendants have not yet determined whether they will file any pretrial motions pursuant to Fed. R. Crim. P. 12(b). The defendants expect to file such motions, if any, by October 11, 2024.

The parties agree that the government will provide expert disclosures no later than 45 days before trial and the defendants will provide expert disclosures no later than 21 days before trial.

The parties request that the Court transfer this case to the District Judge.

Respectfully submitted,

| | |
|---|---|
| GARY CEDERQUIST<br>By his attorney, | JOSHUA S. LEVY<br>Acting United States Attorney |
| */s/ Kevin J. Reddingtopn*<br>Kevin J. Reddington<br>Williamsburg Square<br>1342 Belmont St., Suite 203<br>Brockton, MA 02301<br>kevinreddington@msn.com<br>(508) 583-4280 | By: */s/ Christine Wichers*<br>Christine Wichers<br>Adam W. Deitch<br>Assistant United States Attorneys<br>christine.wichers@usdoj.gov<br>adam.deitch@usdoj.gov<br>617-748-3100 |

CALVIN BUTNER
By his attorney,

*/s/ William H. Connolly*
William H. Connolly
Law Offices of William H. Connolly
20 Park Plaza, Suite 1000
Boston, MA 02210
whc@williamconnollylaw.com
617-542-0200

PERRY MENDES
By his attorney,

*/s/ R. Bradford Bailey*
R. Bradford Bailey
Brad Bailey Law, P.C.
44 School Street, Suite 1000B
Boston, MA 02108
brad@bradbaileylaw.com
781-589-2828

JOEL ROGERS
By his attorneys,

*/s/ Jared S. Burke*
Timothy M. Burke
Jared S. Burke
Law Offices of Timothy M. Burke
117 Kendrick Street, Suite 300
Needham, MA 02494
tburke@timburkelaw.com
jsburke@timburkelaw.com
781-455-0707


SCOTT CAMARA
By his attorney,

*/s/ Anthony R. Riccio*
Anthony R. Riccio
Riccio Law, LLC
1147 Hancock Street, Suite 212
Quincy, MA 02169
arriccio@anthonyricciolaw.com
617-404-8878


ERIC MATHISON
By his attorney,

*/s/ Sandra M. Gant*
Sandra M. Gant
Federal Defenders Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Sandra_Gant@fd.org
617-223-8061

**Certificate of Service**

    I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 8, 2024.

                                        */s/ Christine Wichers*
                                        Christine Wichers
                                        Assistant U.S. Attorney