UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CALVIN BUTNER, )<br>       Defendant )<br>) | No. 24-CR-10024-IT |

### DEFENDANT CALVIN BUTNER'S ASSENTED-TO MOTION FOR RULE 11 HEARING

The defendant, Calvin Butner, by and through undersigned counsel, with the assent of the United States Attorney's Office, respectfully requests that this Court schedule a change of plea hearing at the Court's convenience.

    Respectfully Submitted,
    CALVIN BUTNER
    By His Attorney,

    **/s/ William H. Connolly**
    William H. Connolly
    BBO # 634501
    20 Park Plaza, Suite 1000
    Boston, MA 02116
    617-866-8610
    whc@williamconnollylaw.com

Dated: April 1, 2025

**CERTIFICATE OF SERVICE**

    I, William H. Connolly, hereby certify that on this date, April 1, 2025, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants.

                                         **/s/ William H. Connolly**
                                         William H. Connolly, Esq.