| | Name & Case No. | Crime | Statute(s) | GSR | Govt rec | Sentence | Notable distinguishing factors |
|---|---|---|---|---|---|---|---|
| 1 | Baxter, William 21-10161-PBS | Boston PD Sgt conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 15-21 mos | 1 yr +1 day | Time served | Pled to an information; no public safety issue |
| 2 | Carnes, James 20-10164-NMG-6 | Boston PD officer conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 8-14 mos | 1 day, deemed served | 1 day, deemed served | No public safety issue |
| 3 | Centio, Neta 23-10166-LTS | Def conspired to pay RMV road test examiner cash in exchange for passing scores on applicants' Class D road tests | 18 USC 1349 | 27-33 mos | 27 mos | 15 mos | Pled to an information |
| 4 | Cesan, Paul 18-10383-DPW | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 10-16 mos | 6 mos | 1 day deemed served | Pled to an information; cooperated; one-off crime, not a conspiracy |
| 5 | Chin, Eric 18-10384-RGS | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 6-12 mos | 3 mos | 1 day deemed served | Pled to an information; cooperated; one-off crime, not a conspiracy |
| 6 | Cox-Johnson, Mia 23-10056-DJC | RMV branch mgr agreed to take cash in exchange for guaranteeing passing scores on CDL learner's permit written tests | 18 USC 1951 | 12-18 mos | 10 mos | 4 mos | Pled to an information |
| 7 | DeJong, Daren 18-10307-MLW | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 6-12 mos | 6 mos | 24 mos probation | Pled to an information; one-off crime, not a conspiracy |
| 8 | Dinh, Ngan 24-10029-PBS | Driving instructor conspired to pay RMV road test examiner cash in exchange for passing scores on applicants' Class D road tests | 18 USC 1349 | 6-12 mos | 6 mos | 24 mos probation | Pled to an information |
| 9 | Evans, Richard 21-10093-RGS[1] | Boston PD Captain conspired to steal, and did steal, OT pay | 18 USC 371, 666 | | | 1 yr + 1 day | Convicted by jury; no public safety issue |
| 10 | Finch, George 21-10149-LTS | Boston PD Sgt conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 15-21 mos | 4 mos | 3 yrs probation | Pled to an information; cooperated; no public safety issue |

---

[1] Evans was convicted of Conspiracy to Commit Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 371; Theft Concerning Programs Receiving Federal Funds, in violation of 18 U.S.C. § 666; Wire Fraud, in violation of 18 U.S.C. § 1343; and Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349. The First Circuit recently reversed the Section 371 and 666 convictions and remanded the case for resentencing. *United States v. Evans*, __ F.4th __, 2025 WL 1805916 (1st Cir. July 1, 2025). PACER does not show a new sentencing date.

| | Name & Case No. | Crime | Statute(s) | GSR | Govt rec | Sentence | Notable distinguishing factors |
|---|---|---|---|---|---|---|---|
| 11 | Griffin, Daniel 20-10319-MRG-1 | MSP Lt conspired to steal, and did steal, OT pay; def also filed false tax returns | 18 USC 371, 666, 1343; 26 USC 7206(2) | 57-71 mos | 71 mos | 60 mos | Convicted by jury |
| 12 | Hedges, Christine 24-10069-ADB | Postal worker stole from post office | 18 USC 641 | 0-6 mos | 36 mos probation | 36 mos probation | Pled to an information; cooperated; one-off crime, not a conspiracy; no public safety issue |
| 13 | Herman, Gary 18-10326-RWZ | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 6-12 mos | 3 mos | 1 day deemed served | Pled to an information; cooperated; one-off crime, not a conspiracy |
| 14 | Kennedy, Robert | Stoneham PD Sgt used fraud to avoid paying rent | 18 USC 1343 | 0-6 mos | 90 days | 24 mos probation | No public safety issue |
| 15 | Lopez, Diana 20-10164-NMG-5 | Boston PD officer conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 18-24 mos | 18 mos | 6 mos | No public safety issue |
| 16 | McAuliffe, Heath 19-10056-DLC | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 6-12 mos | 6 mos | 1 day deemed served | Pled to an information; one-off crime, not a conspiracy |
| 17 | Murphy, Michael 20-10164-NMG-7 | Boston PD officer conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 8-14 mos | 1 day, deemed served | 1 day, deemed served | Cooperated; no public safety issue |
| 18 | Nee, Joseph 21-10177-PBS | Boston PD officer conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 10-16 mos | 1 day, deemed served | 24 mos probation | Pled to an information; cooperated; no public safety issue |
| 19 | Nee, Thomas 21-10294-RGS | Boston PD officer conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 8-14 mos | 1 day, deemed served | 1 day, time served | Pled to an information; no public safety issue |
| 20 | O'Brien, Gerard 20-10164-NMG-2 | Boston PD Sgt conspired to steal, and did steal, OT pay | 18 USC 371, 666 | 27-33 mos | 5 mos | 1 day, deemed served | Cooperated; no public safety issue |
| 21 | Odney, Eddie 16-10160-MLW | Boston PD officer used gift cards which he knew were from the return of stolen merchandise | 18 USC 1029 | 0-6 mos | 12 mos probation | 36 mos probation | Pled to an information; no public safety issue |
| 22 | Raftery, Gregory 18-10203-WGY | MSP trooper stole OT pay (Troop E) | 18 USC 666 | 12-18 mos | 6 mos | 3 mos | Pled to an information; cooperated; one-off crime, not a conspiracy |
| 23 | Robertson, William 20-10319-MRG-2 | MSP Sgt conspired to steal, and did steal, OT pay. | 18 USC 371 666, 1343 | 37-46 mos | 42 mos | 36 mos | Convicted by jury |

|    | Name & Case No. | Crime | Statute(s) | GSR | Govt rec | Sentence | Notable distinguishing factors |
|----|----|----|----|----|----|----|----|
| 24 | Semedo, Estevao 23-10055-IT | Driving instructor conspired to pay RMV road test examiner cash in exchange for passing scores on applicants' Class D road tests | 18 USC 1349 | 6-12 mos | 6 mos | 24 mos probation | Pled to an information |
| 25 | Sweeney, Kevin 18-10286-NMG | MSP trooper stole OT pay (Troop E) | 18 USC 666, 1343 | 6-12 mos | 4 mos | 60 days | Pled to an information; cooperated; one-off crime, not a conspiracy |
| 26 | Wilson, David 18-10290-RGS | MSP Lt stole OT pay (Troop E) | 18 USC 666 | 6-12 mos | 6 mos | 1 day deemed served | One-off crime, not a conspiracy |